**Opinion issued March 24, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00998-CV

————————————

**JOEL D. MALLORY, Appellant**

**V.**

**J.P. MORGAN CHASE BANK, N.A., CHASE HOME FINANCE, L.L.C. AND CODILIS & STAWIARSKI, P.C., Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2010-64487**

---

## MEMORANDUM OPINION

Appellant, Joel D. Mallory, seeks to appeal the final judgment of the trial court dated September 15, 2014. We dismiss the appeal.

Generally, a notice of appeal is due within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. The deadline to file a notice of appeal is extended

to 90 days after the date the judgment is signed if, within 30 days after the judgment is signed, any party timely files a motion for new trial, motion to modify the judgment, motion to reinstate, or, under certain circumstances, a request for findings of fact and conclusions of law. *See id.*; TEX. R. CIV. P. 329b(a), (g). The time to file a notice of appeal may also be extended if, within 15 days after the deadline to file the notice of appeal, a party properly files a motion for extension. *See* TEX. R. APP. P. 10.5(b), 26.3. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the 15-day extension period provided by Rule 26.3. *See* TEX. R. APP. P. 26.1, 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (Tex. 1997).

Here, the trial court signed the final judgment dismissing Mallory's action on September 15, 2014, making the deadline for filing a notice of appeal October 15, 2014. *See* TEX. R. APP. P. 26.1. There is no motion for new trial in the clerk's record, therefore the deadline to file the notice of appeal was not extended. The Notice of appeal was not filed until December 15, 2014. Without a timely filed notice of appeal, this Court lacks jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), (c); 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.